ABRAHAM H. STEIN and MARVIN M. GOLDSTEIN, Individually and as Copartners, etc., Respondents, v. JACOB STERN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRANCES TEMMASO, an Infant, etc., Respondent, v. JOHN BETSCH, Appellant.— Judgment and order reversed upon the law and the facts, and new trial granted, with costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $5,000, in which event the judgment as so modified and the order are unanimously affirmed, without costs. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ISABELLE M. THOMAS, as Administratrix, etc., of ARTHUR A. THOMAS, Deceased, Respondent, v. CAROLINE GIFFORD, Appellant.— Order granting judgment creditor's motion adjudging judgment debtor in contempt reversed upon the law, without costs, and motion denied, without costs. We think that under the provisions of Civil Practice Act (§ 778, as amd. by Laws of 1923, chap. 384, effective Sept. 1, 1923)* the proceedings supplementary to execution based upon a Municipal Court judgment, with execution issued to a city marshal, should have been instituted before one of the county judges of Kings county, the county in which the Municipal Court district was located. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

TRI-COUNTY SALES COMPANY, INC., Respondent, v. WILLIAM H. ASH, Appellant. ALEXANDER MCKENZIE, JR., Defendant.— Order denying motion to compel a separate statement and numbering of alleged separate causes of action affirmed, without costs, the respondent having filed no brief. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

JOSEPHINE WAHNER, Respondent, v. ANNIE SLADEK, Now ANNIE ZIEGLER, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

F. CHARLES WAPPLER, Respondent, v. WAPPLER ELECTRIC COMPANY, INC., Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

TILLIE ZOLLER, Respondent, v. DAVID FELDMAN and MARY FELDMAN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMUEL H. WEBER, Respondent, v. CLIMAX MOLYBDENUM COMPANY, THE AMERICAN METAL COMPANY, LIMITED, and ERNEST R. GROCHAU, Appellants.— Judgment unanimously affirmed, with costs, upon opinion of Seeger, J., at Special Term. [Reported in 127 Misc. 470.] Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.